1   LISA C. GILINGER LAW OFFICES
    LISA GILINGER
2   635 N. Alisos Street
3   Santa Barbara, California 93103-2557
    Telephone Number:  805-568-5370
4   Fax number: 805-568-5149
5   E-mail: lisa@lisagilinger.com
    Attorney for Plaintiff
6

7   NICOLA T. HANNA
8   United States Attorney
    DAVID HARRIS
9   Assistant United States Attorney
10  Chief, Civil Division
    JOANNE OSINOFF
11  Assistant United States Attorney
12  Chief, General Civil Section
    PAUL H. SACHELARI
13  Special Assistant United States Attorney
14  Office of the General Counsel
15       160 Spear St., Ste 800
         San Francisco, CA  94105
16       Telephone: (415) 977-8933; Facsimile: (415) 744-0134
17       Email: Paul.Sachelari@ssa.gov
18  Attorneys for Defendant

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILA CARMEN QUINTANAR, | CASE NO. CV 19-1162-SVW-MAA |
| Plaintiff, | |
| vs. | ~~[Proposed]~~ |
| | **ORDER AWARDING EAJA FEES** |
| NANCY A. BERRYHILL, | |
| Commissioner of Social Security, | |

-1-

Defendant.

IT IS HEREBY ORDERED that Plaintiff be awarded fees under the Equal Access to Justice Act in the amount of $3,762.85 (three thousand seven hundred sixty two dollars and eighty five cents), pursuant to 28 U.S.C. §2412(d).

EAJA fees having been awarded, the government will consider the matter of the assignment of EAJA fees to Plaintiff's attorney. Pursuant to Ratliffe v. Astrue, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment fees, to be made directly to LAW OFFICES OF LISA C. GILINGER, pursuant to the assignment executed by Plaintiff. Any payments shall be delivered to Plaintiff's counsel.

DATE: November 12, 2019

_____
MARIA A. AUDERO
United States Magistrate Judge